UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO COMPANY LTD et al., <br><br> Plaintiffs, <br><br> v. <br><br> $AVAGE CLOTHING LLC et al., <br><br> Defendants. | Case No. 2:23-cv-06107-SB-AS <br><br><br> ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

Plaintiffs Sanrio Company Ltd and Sanrio Inc filed their complaint against Defendants $avage Clothing LLC and Michael Antonio Caruso on July 27, 2023. Dkt. No. 1.  On August 3, 2023, Plaintiffs effectuated personal service on Defendant Michael Antonio Caruso, who is authorized to accept service on behalf of Defendant $avage Clothing LLC.  *See* Dkt. No. 11.  Defendants failed to timely respond, and Plaintiffs have not sought entry of default.  Plaintiffs are ordered to show cause (OSC), in writing, no later than September 1, 2023, why their claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this OSC the filing, on or before September 1, 2023, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims against Defendants.

IT IS SO ORDERED.

Date: August 28, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1