JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANRIO COMPANY LTD et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>$AVAGE CLOTHING LLC et al.,<br><br>  Defendants. | Case No. 2:23-cv-06107-SB-AS<br><br>FINAL JUDGMENT |

For the reasons set forth in the separate order granting in part Plaintiffs Sanrio Company LTD's and Sanrio Inc.'s motion for default judgment entered this day, the Court enters final judgment as follows:

1. Defendants $avage Clothing LLC and Michael Antonio Caruso are permanently enjoined from: manufacturing, causing to be manufactured, importing, marketing, promoting, displaying, advertising, distributing, selling, and/or otherwise displaying or using any products, or other items that incorporate, reflect, or contain any unauthorized use of Sanrio's Hello Kitty Works, and/or infringing said copyrights in any manner;

2. Plaintiffs are awarded $30,000 in statutory damages; and

3. Plaintiffs are awarded $2,400 in attorneys' fees and $603.14 in costs.

This is a final judgment.

Date: October 29, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1